**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL ROYTMAN,                   : No. 166 MAL 2017
                                                      :
          Petitioner             :
                                                      : Petition for Allowance of Appeal from
                                                      : the Order of the Superior Court
      v.                            :
                                                      :
                                                      :
KAREN CESARONE,               :
                                                      :
          Respondent          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of August, 2017, the Petition for Allowance of Appeal is

**DENIED**.

    Petition to File Appeal Response Nunc Pro Tunc is denied as moot.